UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTINA MOORE                                                    PLAINTIFF

V.                    NO. 3:18-CV-00092-KGB-JTR

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
performing the duties and functions not reserved
to the Commissioner of Social Security                             DEFENDANT

## ORDER

Plaintiff is granted permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. The Clerk is directed to file and docket the Complaint, without prepayment of fees and costs or security therefor, and issue summons.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis, Doc. 1*, is GRANTED.

DATED this 15th day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE