# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CHRISTINA MOORE                                                    PLAINTIFF

V.                      3:18-CV-00092-JTR

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
performing the duties and functions
not reserved to the Commissioner
of Social Security Administration                         DEFENDANT

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion for Extension of Time to File Plaintiff's Brief. *Doc. 11*.

IT IS HEREBY ORDERED that the Plaintiff's Motion (*doc. 11*) is GRANTED. The Court's Scheduling Order (*doc. 10*) is modified to provide that Plaintiff's appeal brief is due October 5, 2018. Defendant's brief is due within forty-two (42) days after service of Plaintiff's brief.

DATED this 6th day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE