UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTINA MOORE                                                      PLAINTIFF

V.                              NO. 3:18-CV-00092-JTR

ANDREW SAUL,[1]
Commissioner of Social Security                                      DEFENDANT

## ORDER

Pending before the Court are Plaintiff's Motion and Amended Motion requesting an award of attorney's fees and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.[2]  *Doc. 17 & 19*.  The Commissioner has filed a Response.  *Doc. 20*.

Plaintiff's attorney, Stephanie Bartels Wallace, requests a total payment of $2,849.12 consisting of: (1) 11.40 hours of attorney work at an hourly rate of $202.00 ($2,302.80); (2) 0.50 hours of attorney work at an hourly rate of $205 ($102.50);  (3)  5.65 hours of paralegal work at an hourly rate of $75 ($423.75);

---

[1]On June 6, 2019, the Senate confirmed Mr. Saul's nomination to lead the Social Security Administration.  Pursuant to Fed. R. Civ. P. 25(d), Mr. Saul is automatically substituted as the Defendant.   See also § 205(g) of the Social Security Act, 42 U.S.C. 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

[2]On June 4, 2019, the Court entered an Order reversing the Commissioner's denial of benefits and remanding the case for further consideration. *Doc. 15*.

1

(4) expenses of $20.07. The Commissioner consents to an award in the amount stated in Plaintiff's Amended Motion.[3]

The Court concludes that: (1) Plaintiff is entitled to an award of attorney's fees and expenses under the EAJA; and (2) the amount requested is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Motion and Amended Motion for Attorney's Fees Pursuant to the EAJA, *Docs. 17 & 19,* are GRANTED, as stated herein.

IT IS FURTHER ORDERED that Plaintiff is awarded **$2,849.12** in attorney's fees and expenses under the EAJA.[4]

DATED this 15th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

---

[3]The Amended Motion corrects an error in the addition of the requested fee amounts contained in the original Motion.

[4]Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff, but mailed to the care of Plaintiff's attorney at the attorney's office.